# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RAY ADAMS**                                                    **PLAINTIFF**

v.                                    **No. 3:20-cv-40-DPM**

**BRYAN MILLER**
**and KAREN MILLER**                                     **DEFENDANTS**

## JUDGMENT

Adams's complaint is dismissed without prejudice for lack of subject matter jurisdiction. Any proposed amended complaint is due by 31 March 2020.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

3 March 2020